UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO.** |
| : | |
| v. : | |
| : | **Charge:** |
| **SANDRA STEVENS JACKSON,** : | |
| : | **26 U.S.C. § 7206(1) (False Returns)** |
| Defendant. : | |

## INFORMATION

The United States Attorney charges that:

### Count One

1. Beginning on or about September 30, 2007, through on or about October 15, 2012, in the District of Columbia and elsewhere, SANDRA STEVENS JACKSON, a resident of the District of Columbia, did willfully make and subscribe joint U.S. Individual Income Tax Returns for calendar years 2006 through 2011, which were verified by written declarations that they were made under the penalties of perjury and which she did not believe to be true and correct as to every material matter. The income tax returns, which were filed with the Internal Revenue Service, reported income amounts which she then and there knew were substantially less than the amount of income she and her husband received in each of the calendar years and that upon said additional taxable income a substantial additional tax was due and owing to the United States of America in each of the calendar years.

**(False Returns, in violation of Title 26, United States Code, Section 7206(1).)**

RONALD C. MACHEN JR.
United States Attorney
Bar No. 447889

By: _____
MATT GRAVES
MICHAEL ATKINSON
Bar No. DC - 481052 (Graves)
Bar No. DC - 430517 (Atkinson)
Assistant United States Attorneys
Fraud & Public Corruption Section
555 4th Street, N.W., Room 5227
Washington, DC 20530