Judge Amy Berman Jackson
333 Constitution Avenue N.W.
Washington D.C. 20001

Leave to file GRANTED

Amy B. Jackson  8/9/13  Date
United States District Judge

**FILED**

AUG -9 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Re:   Sentencing of Sandra Jackson & Jesse Jackson, Jr.
       13-cr-59

Judge Jackson,

Consider this my attempt at citizen participation. I am your "average Joe." Though Jesse Jackson Jr. was my congressman, I never had any contact with him, his wife, or any politician.

Though I am sure you have been peppered with well orchestrated letters both in support and against the Jacksons, I say . . . forget them all.

Instead, I humbly suggest you just play it straight, meaning sentence them to exactly what the federal sentencing guidelines provide. If as a humanitarian gesture you want to stagger their sentences for the "sake of the children," few would begrudge that. If you deviate from the sentencing guidelines at all, I would suggest you increase their sentences.

Why?

Very simply, our system of government begins and ends with the people – average Joes like me – having confidence in it. As nice as your robe and seal are, they are not what ultimately give you power. Rather it is the confidence – and trust – of citizens who believe that our government is actually administering justice fairly that in turn allows our government to function, if not flourish.

And applied here, if after all the Jacksons have brazenly done, they get to walk or get a mere slap on the proverbial wrist with no real jail time, you will have weakened our system of justice throughout the land. More "average Joes" (and Janes) will scoff at how our leaders abuse their powers with little consequence. The fact that Congressman Jackson has acquired/manufactured a recently acquired mental illness – and ran for re-election knowing he would then immediately resign – only makes their transgressions worse.

All said, when it comes to sentencing, don't overthink it, which here means give them exactly what the federal sentencing guidelines require. Doing so not only insulates you from attack from any side, it is simply fair and shows that notwithstanding their acts, they too can receive justice no different than anyone else.

Respectfully,

Jim Brown
Chicago, IL  60648

**FILED**

AUG -9 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

13-CR-59

Leave to file GRANTED

_____
Amy B. Jackson  8/9/13   Date
United States District Judge

Dear Judge Amy B. Jackson,

    I ask you to strongly reprimand the Chicago Jacksons for their wrongful use of the campaign money and the abuse of the public trust. While theirs is neither the first nor the last, it certainly is hurtful in every way possible. People who abuse the public trust need to be held accountable.

    Please disregard their pleas that this is all because he/they are sick. Arguably, all people are sick in some way or the other but now that they are facing sentencing, they want to play the sick card. No.

    Please send a strong message to everyone concerned: Doing bad things gets you jail time period. And lots of it. Thanks for your consideration.

Georgiana Srachta

Ms Georgiana Srachta
3543 194th St
Homewood IL 60430-4324